IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PENDLETON DIVISION


| | |
|---|---|
| AMY SPANGLER | No. 2:16-CV-00090-SU |
| Plaintiff, | ORDER |
| v. | |
| CITY OF MONUMENT, WILLIAM RAY TURNER, PAT McCARY, and NICHOLAS DEVINE | |
| Defendants. | |

HERNÁNDEZ, District Judge:

Magistrate Judge Sullivan issued a Findings and Recommendation [161] on October 23, 2018 in which she recommends the Court deny all Motions for Summary Judgement [128] [133] [140]. Plaintiff and defendants City of Monument and Pat McCary filed timely objections to the Findings and Recommendation. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court has carefully considered all objections and concludes that the objections do not provide a basis to modify the recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no error in the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

The Court adopts Magistrate Judge Sullivan's Findings and Recommendation [161]. The Court DENIES all Motions for Summary Judgment [128] [133] [140].

IT IS SO ORDERED.

DATED this 20 day of March, 2019.

_____
MARCO A. HERNÁNDEZ
United States District Judge